**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MARTA MARCANO and
ROLAND MARCANO,

    Plaintiffs,

vs.                                    Case No. 3:13-cv-427-J-32JRK

COMMERCIAL RECOVERY
SYSTEMS, INC.,

    Defendant.

### ORDER

Upon review of Plaintiffs' Notice of Voluntary Dismissal (Doc. 14), filed on October 17, 2013, this case is dismissed with prejudice. Plaintiffs to send Defendant a copy of this Order.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, on this 23rd day of October, 2013.

_____
TIMOTHY J. CORRIGAN
United States District Judge

W.
Copies:
Counsel of Record